**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Adan Prado ALVAREZ, also known as Cocho, also known as Jorge Vasquez Estrada, also known as Cenaido, Defendant-Appellant**

No. 17-40240
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 19, 2018

Grover Glenn Roque-Jackson, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Adan Prado Alvarez, Pro Se

---

*  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: * '

The attorney appointed to represent Adan Prado Alvarez (Prado Alvarez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Prado Alvarez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.